IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:25-CR-00122-M-RN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTWON MOORE,<br><br>Defendant. | ORDER |

This matter comes before the court on the United States' Notice Regarding Restitution [DE 50]. The filed notice indicates that both parties agree that the court should order restitution in the amount of $148, as specified in paragraph 70 of the presentence investigation report.[1] DE 50 at 1; *see also* DE 39 at ¶ 70. The court accepts this representation by an officer of the court. Pursuant to 18 U.S.C. §§ 2259 and 3664, Defendant is ORDERED to pay restitution in in the amount of $148 to Speedway.

The court finds that Defendant does not have the ability to pay interest. Accordingly, the interest requirement as to restitution is waived.

Payment of restitution shall be due and payable in full immediately. However, if Defendant is unable to pay in full immediately, restitution may be paid through the Inmate Financial Responsibility Program ("IFRP"). The court orders that Defendant pay a minimum payment of $25 per quarter through the IFRP, if available. The court, having considered Defendant's financial resources and ability to pay, orders that any balance still owed at the time of release shall be paid

[1] The court previously deferred determination of restitution until September 1, 2026. *See* DE 48 at 6.

in installments of $100.00 per month to begin sixty (60) days after Defendant's release from prison. At the time of Defendant's release, the probation officer shall take into consideration Defendant's ability to pay the restitution ordered and shall notify the court of any needed modification of the payment schedule.

The Clerk of Court is DIRECTED to amend Defendant's judgment to incorporate the terms of the court's order. The restitution hearing currently scheduled for September 4, 2026, is TERMINATED.

SO ORDERED this 18th day of August, 2026.

Richard E Myers II

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE